IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | **CRIMINAL NO: 2:05CR00571-01** |
| **BARTON, Henry** | : | |

**ORDER**

AND NOW, this 5th day of March, 2008, it is hereby ORDERED AND DIRECTED that Henry Barton's passport, that was surrendered to the U.S. Clerk of Court for the Eastern District of Pennsylvania on November 1, 2005, be returned to Mr. Henry Barton as soon as practicable.

BY THE COURT:

_____
Legrome D. Davis          J.